In the Matter of HERBERT ERHARDT, Appellant, against NEW YORK STATE BOARD OF PAROLE, Respondent.— Order affirmed, without costs of this appeal to either party. (See *People ex rel. Brackett* v. *Kaiser,* 209 App. Div. 722). All concur. (Appeal from an order denying petitioner's application to compel defendant to credit him with compensation time.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [199 Misc. 131.]

PETER NECOLAYFF et al., Respondents, v. TOWN OF TORREY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur except Piper, J., who dissents and votes for reversal and for granting the motion on the ground that the defendant has a constitutional right to trial by jury. (Appeal from an order denying defendant's motion for a jury trial of issues of fact.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *post,* p. 891.]

CAROL A. KRUGER, an Infant, by ROBERT J. KRUGER, Her Guardian ad Litem, et al., Appellants, v. HERMAN KLUBE, Doing Business under the Name of Williamsville Pharmacy, Respondent, et al., Defendants.— Order reversed on the facts and as a matter of discretion, without costs of this appeal to any party, and motion granted, without costs, on the ground that in a situation such as this where an immature child is the real party in interest, the motion for leave to amend should be granted. All concur. (Appeal from an order denying plaintiffs' motion for leave to amend their complaint and bill of particulars, in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

MARY R. DESIMONE, as Administratrix of the Estate of CARMEN DESIMONE, Deceased, Plaintiff, v. C. J. BURGESS Co. et al., Defendants. CELANESE CORPORATION OF AMERICA, Defendant and Third-Party Plaintiff-Respondent, v. CENTRAL CITY ROOFING Co., INC., Third-Party Defendant-Appellant.— Order reversed on the law, with $10 costs and disbursements and motion granted, with $10 costs, on the ground that the third-party complaint fails to state facts showing any right of recovery over against the third-party defendant. All concur. (Appeal from an order denying a motion by third-party defendant to dismiss the complaint of the third-party plaintiff.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of the Construction of the Will of FRANK J. BARNMAKER, Deceased. MRS. CLIFFORD HAMM, Appellant; AUGUSTUS C. NELSON et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante,* p. 631.]